Form finmgtc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 18−10839−KCF
        Chapter: 13
        Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Anthony B. Mayaros Sr.                                  Sandra Mayaros
   223 Julia Avenue                                           223 Julia Avenue
   Trenton, NJ 08610                                        Trenton, NJ 08610

Social Security No.:
   xxx−xx−7007                                                      xxx−xx−8069

Employer's Tax I.D. No.:

## NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING FINANCIAL MANAGEMENT

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider may file a Certificate of Debtor Education, or the debtor must file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

     Chapter 13: [No Later than the date you make the last payment under your plan.]

To date the court has not received the above document from the debtor(s), nor has it received a Certificate of Debtor Education from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: April 2, 2018
JAN: admi

                                                                              Jeanne Naughton
                                                                               Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Anthony B. Mayaros, Sr.
Sandra Mayaros
    Debtors

Case No. 18-10839-KCF
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Apr 02, 2018
                     Form ID: finmgtc   Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2018.
db/jdb      +Anthony B. Mayaros, Sr.,    Sandra Mayaros,    223 Julia Avenue,    Trenton, NJ 08610-6613

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov Apr 03 2018 00:52:14      U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 03 2018 00:52:11      United States Trustee,    Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,    Newark, NJ 07102-5235
                                                                                                                                          TOTAL: 2

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2018                                                Signature:  _/s/Joseph Speetjens_

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2018 at the address(es) listed below:
         Albert Russo   docs@russotrustee.com
         Denise E. Carlon   on behalf of Creditor   MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Jeffrey E. Jenkins   on behalf of Joint Debtor Sandra  Mayaros jenkins.clayman@verizon.net, jenkins.clayman@verizon.net
         Jeffrey E. Jenkins   on behalf of Debtor Anthony B. Mayaros, Sr. jenkins.clayman@verizon.net, jenkins.clayman@verizon.net
         Stephanie F. Ritigstein   on behalf of Joint Debtor Sandra  Mayaros jenkins.clayman@verizon.net
         Stephanie F. Ritigstein   on behalf of Debtor Anthony B. Mayaros, Sr. jenkins.clayman@verizon.net
         U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                                                TOTAL: 7