Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–10839–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Anthony B. Mayaros Sr.                           Sandra Mayaros
223 Julia Avenue                                 223 Julia Avenue
Trenton, NJ 08610                                Trenton, NJ 08610

Social Security No.:
xxx–xx–7007                                      xxx–xx–8069

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 6/27/18 at 09:00 AM

to consider and act upon the following:

*22* – Objection to Debtor's Claim of Exemptions filed by Albert Russo on behalf of Albert Russo. (Attachments: # 1 Certificate of Service) (Russo, Albert)

Dated: 6/7/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court