Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−10839−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Anthony B. Mayaros Sr.                     Sandra Mayaros
   223 Julia Avenue                          223 Julia Avenue
   Trenton, NJ 08610                      Trenton, NJ 08610

Social Security No.:
   xxx−xx−7007                              xxx−xx−8069

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 6/27/18 at 09:00 AM

to consider and act upon the following:

*22* − Objection to Debtor's Claim of Exemptions filed by Albert Russo on behalf of Albert Russo. (Attachments: # 1 Certificate of Service) (Russo, Albert)

Dated: 6/7/18

                                                    Jeanne Naughton
                                                    Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony B. Mayaros, Sr.  
Sandra Mayaros  
    Debtors

Case No. 18-10839-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 07, 2018  
                    Form ID: ntchrgbk     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2018.  
db/jdb        +Anthony B. Mayaros, Sr.,   Sandra Mayaros,   223 Julia Avenue,   Trenton, NJ 08610-6613

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2018                                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2018 at the address(es) listed below:  
        Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
        Albert   Russo    docs@russotrustee.com  
        Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Jeffrey E. Jenkins    on behalf of Debtor Anthony B. Mayaros, Sr. jenkins.clayman@verizon.net, jenkins.clayman@verizon.net  
        Jeffrey E. Jenkins    on behalf of Joint Debtor Sandra   Mayaros jenkins.clayman@verizon.net, jenkins.clayman@verizon.net  
        Stephanie F. Ritigstein    on behalf of Debtor Anthony B. Mayaros, Sr. jenkins.clayman@verizon.net  
        Stephanie F. Ritigstein    on behalf of Joint Debtor Sandra   Mayaros jenkins.clayman@verizon.net  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                        TOTAL: 8