Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                            Case No.: 18−10839−KCF
                            Chapter: 13
                            Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Anthony B. Mayaros Sr.                      Sandra Mayaros
   223 Julia Avenue                               223 Julia Avenue
   Trenton, NJ 08610                            Trenton, NJ 08610

Social Security No.:
   xxx−xx−7007                                      xxx−xx−8069

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on August 9, 2018.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 9, 2018
JAN: ghm

                                                                    Jeanne Naughton
                                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-10839-KCF
Anthony B. Mayaros, Sr.                                                   Chapter 13
Sandra Mayaros
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Aug 09, 2018
                              Form ID: 148             Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2018.
db/jdb         +Anthony B. Mayaros, Sr.,    Sandra Mayaros,    223 Julia Avenue,    Trenton, NJ 08610-6613
517404580      +MidFirst Bank,   999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
517279363      +Midfirst Bank,   c/o KML Law Group, PC,    216 haddon Avenue,    Suite 406,
                 Collingswood, NJ 08108-2812
517450818     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Department of the Treasury,
                 Division of Taxation,    PO Box 245,   Trenton, NJ 08695-0245)
517279364       State of New Jersey,    Division of Taxation,   PO Box 445,    Trenton, NJ 08695-0445

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 09 2018 22:52:06      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 09 2018 22:52:03      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517279362       EDI: IRS.COM Aug 10 2018 02:18:00      IRS,   PO Box 7346,   Philadelphia, PA 19101-7346
517382920       EDI: Q3G.COM Aug 10 2018 02:19:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,   Kirkland, WA 98083-0788
517279365      +EDI: RMSC.COM Aug 10 2018 02:18:00      SYNCB/Guitar Center,   PO Box 956015,
                 Orlando, FL 32896-0001
517279366      +EDI: RMSC.COM Aug 10 2018 02:18:00      SYNCB/Lowes,   PO BOX 965005,    Orlando, FL 32896-5005
517279367       EDI: RMSC.COM Aug 10 2018 02:18:00      SYNCB/Old Navy,    PO Box 965005,
                 Orlando, FL 32896-5005
517279368      +EDI: RMSC.COM Aug 10 2018 02:18:00      SYNCB/Vaughn Bassett,    C/O PO Box 965036,
                 Orlando, FL 32896-0001
517280415      +EDI: RMSC.COM Aug 10 2018 02:18:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
517400901      +EDI: RMSC.COM Aug 10 2018 02:18:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk VA 23541-1021
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2018 at the address(es) listed below:
              Albert Russo   on behalf of Trustee Albert Russo docs@russotrustee.com
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon   on behalf of Creditor   MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric Clayman   on behalf of Debtor Anthony B. Mayaros, Sr. jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Eric Clayman   on behalf of Joint Debtor Sandra Mayaros jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Jeffrey E. Jenkins   on behalf of Debtor Anthony B. Mayaros, Sr. jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com

```
District/off: 0312-3          User: admin              Page 2 of 2                Date Rcvd: Aug 09, 2018
                              Form ID: 148             Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Jeffrey E. Jenkins   on behalf of Joint Debtor Sandra  Mayaros jenkins.clayman@verizon.net, connor@jenkinsclayman.com
         Stephanie F. Ritigstein   on behalf of Debtor Anthony B. Mayaros, Sr. jenkins.clayman@verizon.net, connor@jenkinsclayman.com
         Stephanie F. Ritigstein   on behalf of Joint Debtor Sandra  Mayaros jenkins.clayman@verizon.net, connor@jenkinsclayman.com
         U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                           TOTAL: 10