Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–10839–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Anthony B. Mayaros Sr.
223 Julia Avenue
Trenton, NJ 08610

Sandra Mayaros
223 Julia Avenue
Trenton, NJ 08610

Social Security No.:
xxx–xx–7007

xxx–xx–8069

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: October 31, 2018

Kathryn C. Ferguson
Judge, United States Bankruptcy Court